<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-6671**

———————

DWAYNE DELESTON,

        Petitioner - Appellant,

    v.

UNITED STATES OF AMERICA,

        Respondent - Appellee.

———————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  David C. Norton, District Judge.
(2:02-cv-3895-1-DCN)

———————

Submitted:  February 28, 2008     Decided:  March 3, 2008

———————

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Dwayne Deleston, Appellant Pro Se.  Miller Williams Shealy, Jr.,
UNITED STATES ATTORNEY'S OFFICE, John Charles Duane, Assistant
United States Attorney, Charleston, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dwayne Deleston appeals the district court's orders denying his motions for an evidentiary hearing, for summary judgment and to compel. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Deleston v. United States</u>, No. 2:02-cv-3895-1-DCN (D.S.C. April 18, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>